UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: JOSEPH CHUNN and VERA CHUNN

Case No:
6:08-bk-73438 T

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee, Jack W Gooding, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**FINAL CURE AMOUNT:**

Creditor: NATIONSTAR MORTGAGE LLC ATTN: CUS

Court Claim Number: 3

Account Number: 0596484325

Trustee's Claim Number: 3

Amount of Prepetition Arrears: $2,017.43

Amount paid by trustee: $2,017.43

**MONTHLY ONGOING MORTGAGE PAYMENT:**

Mortgage is paid thru the Chapter 13 conduit and is due for: October 2013

**YOUR RESPONSE IS REQUIRED BY F.R.B.P. Rule 3002.1(g)**

Within 21 days after service of this Notice of Final Cure Payment, the creditor shall file and serve on the debtor, debtor's counsel, and the trustee, Jack W Gooding, a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code. The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Date: 9/20/2013

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee
P O Box 8202
Little Rock  Ar  72221

(501) 537-4400

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below on this date, September 20, 2013.

    /s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee
P O Box 8202
Little Rock  Ar  72221

(501) 537-4400

JOSEPH CHUNN
VERA CHUNN
113 MADDOX PLACE
HOT SPRINGS NATIONAL, AR  71913

DICKERSON LAW FIRM
Electronically by ECF

BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY STE 350
DALLAS, TX  75243

NATIONSTAR MORTGAGE LLC ATTN: CUSTOMER SERVICE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067